

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00346-CV

**IN THE INTEREST OF A.J.W.**, J.W. Jr., R.L.A.W., and J.L.W.

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00863
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. We assess no costs because appellant is indigent.

SIGNED November 27, 2019.

_____
Luz Elena D. Chapa, Justice